UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Amy L. Newsome,<br><br>    Plaintiff,<br><br>vs.<br><br>GCA Services Group, Inc., and ABM Industry Groups, LLC d/b/a ABM Industries Incorporated,<br><br>    Defendants. | C/A No.: 2:19-cv-01167-DCN<br><br>**DEFENDANTS GCA SERVICES GROUP, INC. AND ABM INDUSTRY GROUPS, LLC d/b/a ABM INDUSTRIES INCORPORATED'S NOTICE OF REMOVAL** |

TO:     JASON A. DAIGLE, ESQUIRE, COUNSEL FOR PLAINTIFF:

Defendants GCA Services Group, Inc. and ABM Industry Groups, LLC, the proper parties in interest, and misidentified as "d/b/a ABM Industries Incorporated" (collectively hereinafter "ABM Defendants"), by and through their undersigned counsel, files this Notice of Removal in the above-captioned case to the United States District Court for the District of South Carolina, Charleston Division pursuant to 28 U.S.C. §1332, 1441 and 1446.

Defendants would respectfully show unto this Honorable Court:

1. This action was commenced by the service of a Summons and Complaint against Defendant GCA Services Group, Inc., service of which was made upon the Registered Agent for Defendant on March 21, 2019, and against Defendants ABM Industry Groups, LLC and ABM Industries Incorporated, service of which was made upon the Registered Agents for same on March 21, 2019.

2. Plaintiff is a citizen and resident of the state of Ohio.

3. Defendant GCA Services Group, Inc. is a foreign corporation incorporated in the state of Delaware and whose principal place of business is Sugar Land, Texas.

4. Defendant ABM Industry Groups, LLC is a Delaware Limited Liability Company organized in the state of Delaware and with its principal place of business in Sugar Land, Texas. The sole member of the LLC is ABM Industries Incorporated and its principal place of business is New York, New York.

5. Defendant ABM Industries Incorporated is a foreign corporation incorporated in the state of Delaware and whose principal place of business is New York, New York.

6. Accordingly, complete diversity exists between the parties.

7. Plaintiff's Complaint is silent as to the amount in controversy. Defendants are informed Plaintiff Amy L. Newsome is alleged to have suffered serious and permanent injuries as a result of the alleged incident. Although the Complaint does not specify the amount of damages sustained or pray for a specific sum, Plaintiff alleges she has suffered physical pain; permanent physical injury and disability; and past and future lost wages and earning capacity. (Compl. at ¶ 17). Plaintiff seeks actual and punitive damages. Additionally, at this time, counsel for Plaintiff will not consent to damages less than $75,000 in the instant suit. Based upon this information, Defendants submit there is sufficient evidence that the amount in controversy exceeds the jurisdictional threshold for removal.

8. Removal to this district and division is proper under 28 U.S.C. § 1441(a) because the district and division encompass the Charleston County Court of Common Pleas for the State of South Carolina, the jurisdiction in which the action was filed.

9. Defendants file herewith copies of all process and pleadings served upon it in this action as part of this notice. See Exhibit A.

10.     Defendants will file a copy of this Notice of Removal with the Clerk of Court for Charleston County, South Carolina, and will serve a copy upon counsel for Plaintiff.

WHEREFORE, Defendants pray this Honorable Court accepts this Notice of Removal that is being filed and that this Honorable Court take jurisdiction of the above-entitled case and all further proceedings in said cause in the Court of Common Pleas, County of Charleston, State of South Carolina be stayed.

Respectfully submitted,

COLLINS & LACY, P.C.

By:     s/Claude T. Prevost, III
Claude T. Prevost, III, Esquire
Fed Bar Number: 10438
cprevost@collinsandlacy.com
Charles A. Kinney, Esquire
Bar Number: 10580
ckinney@collinsandlacy.com
Post Office Box 12487
Columbia, SC  29211
803.256.2660 (voice)
803.771.4484 (fax)

**DEFENDANTS GCA SERVICES GROUP, INC. AND ABM INDUSTRY GROUPS, LLC d/b/a ABM INDUSTRIES INCORPORATED'S NOTICE OF REMOVAL**

April 22, 2019
Columbia, South Carolina

## CERTIFICATE OF SERVICE

The undersigned employee of Collins & Lacy, P.C., hereby certifies that (s)he has served the following named individual(s) with a copy of the pleading(s) indicated below via electronic mail and/or by mailing a copy of same to them in the United States mail and/or by electronically filing via the Court's electronic filing system, with sufficient postage affixed thereto and return address clearly marked on the date indicated below:

**COUNSEL SERVED:**
Jason A. Daigle, Esquire
Young Clement Rivers, LLP
Post Office Box 993
Charleston, SC  29402
jdaigle@ycrlaw.com
Counsel for Plaintiff

**PLEADING:**  DEFENDANTS GCA SERVICES GROUP, INC. AND ABM INDUSTRY GROUPS, LLC d/b/a ABM INDUSTRIES INCORPORATED'S NOTICE OF REMOVAL

                                          COLLINS & LACY, P.C.

                              By:     s/Claude T. Prevost, III
                                        Claude T. Prevost, III, Esquire
                                        Fed Bar Number: 10438

Columbia, South Carolina
April 22, 2019