# EXHIBIT A

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| COUNTY OF CHARLESTON | ) | 2019-CP-10-1323 |
| | ) | |
| AMY NEWSOM | ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GCA SERVICES GROUP, INC. AND ABM INDUSTRY GROUPS, LLC D/B/A ABM INDUSTRIES INCORPORATED | ) ) ) | |
| Defendant(s) | ) | |

| Submitted By: Jason A. Daigle | SC Bar #: | 73308 |
|---|---|---|
| Address: Post Office Box 993 | Telephone #: | (843) 720-5436 |
| Charleston, SC 29402-0993 | Fax #: | (843) 579-1324 |
| | Other: | |
| | E-mail: | jdaigle@ycrlaw.com |

FILED 2019 MAR 14 PH 4: [illegible]
JULIE J. ARMSTRONG
CLERK OF COURT

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION (*Check all that apply*)
*If Action is Judgment/Settlement do not complete*

☒ **JURY TRIAL** demanded in complaint.    ☐ **NON-JURY TRIAL** demanded in complaint.
☒ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☒ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION (*Check One Box Below*)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☐ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20___-NI-___-___ | ☒ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ Warranty (160) | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
| | ☐ Other (299) ___ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☐ Employment Discrim (170) | | ☐ Slander/Libel (380) | ☐ Other (499) ___ |
| ☐ Employment (180) | | ☐ Other (399) ___ | |
| ☐ Other (199) ___ | | | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) ___ | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
| | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
| | ☐ Other (899) ___ | ☐ Transfer of Structured Settlement Payment Rights Application (760) | ☐ Worker's Comp (960) |
| | | | ☐ Zoning Board (970) |
| | | | ☐ Public Service Comm. (990) |
| Special/Complex /Other | | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers Compensation Settlement Approval (780) | |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) | | ☐ Other (999) ___ |
| ☐ Medical (620) | ☐ Out-of State Depositions (650) | ☐ Other (799) ___ | |
| ☐ Other (699) ___ | ☐ Motion to Quash Subpoena in an Out-of-County Action (660) | | |
| ☐ Sexual Predator (510) | ☐ Pre-Suit Discovery (670) | | |
| ☐ Permanent Restraining Order (680) | | | |

**Submitting Party Signature:** /s/ [signature]    **Date:** 3-14-19

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous

Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR only upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

6. Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference has been concluded.

**Please Note:     You must comply with the Supreme Court Rules regarding ADR.
Failure to do so may affect your case or may result in sanctions.**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | 2019-CP-10-1323 |
| COUNTY OF CHARLESTON ) | NINTH JUDICIAL CIRCUIT |
| ) | |
| AMY NEWSOME, ) | CASE NO.: |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | SUMMONS |
| ) | (JURY TRIAL DEMANDED) |
| GCA SERVICES GROUP, INC., and; ) | |
| ABM INDUSTRY GROUPS, LLC d/b/a ) | |
| ABM INDUSTRIES INCORPORATED ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

TO:   THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the subscribers at their offices, 25 Calhoun Street, Charleston, South Carolina, within thirty (30) days after the service hereof, exclusive of the day of such service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

YOUNG CLEMENT RIVERS, LLP

By: _____
Jason A. Daigle, Esquire
P.O. Box 993
Charleston, SC 29402
(843) 724-5436
jdaigle@ycrlaw.com
Attorneys for the Plaintiff

Charleston, South Carolina

Dated: 3-14-19

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | 2019-CP-10-1323 |
| COUNTY OF CHARLESTON ) | NINTH JUDICIAL CIRCUIT |
| ) | |
| AMY NEWSOME, ) | CASE NO.: |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | **COMPLAINT** |
| ) | **(JURY TRIAL DEMANDED)** |
| GCA SERVICES GROUP, INC., and; ) | |
| ABM INDUSTRY GROUPS, LLC d/b/a ) | |
| ABM INDUSTRIES INCORPORATED ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

The Plaintiff, Amy Newsome, by and through her undersigned counsel, respectfully alleges and shows the Court as follows:

### Parties

1.  Plaintiff is a citizen and resident of the state of Ohio.

2.  Upon information and belief, GCA Services Group, Inc. (hereinafter referred to as "GCA") is a foreign corporation which, at all times relevant hereto, regularly conducted business in Charleston County.

3.  Upon information and belief, ABM Industry Groups, LLC d/b/a ABM Industries Incorporated (hereinafter referred to as "ABM") is a foreign corporation which regularly conducts business in Charleston County.

4.  Upon information and belief ABM acquired GCA in 2017 and ABM is a successor in interest and liability to GCA (hereinafter GCA and ABM collectively referred to as "Defendants").

## Jurisdiction and Venue

5.     This action arises out of an incident that occurred in Charleston County at Pepperhill Elementary School located at 3300 Creola Road, North Charleston, South Carolina. This Court has jurisdiction over the claims and the parties in this action, and venue is proper in this Court.

## FACTUAL BACKGROUND

6.     The allegations stated in Paragraphs 1 through 5 above are repeated and realleged as if fully set forth verbatim herein.

7.     At all times relevant hereto, Plaintiff was employed by the Charleston County School District and was a teacher at Pepperhill Elementary School in North Charleston.

8.     At all times herein, Defendants acted by and through their employees and/or agents.

9.     At all times herein, Defendants' employees and/or agents were acting within the course and scope of their employment.

10.     At all times relevant hereto, Defendants were in the business of providing custodial and/or janitorial services to the Charleston County School District, including Pepperhill Elementary School.

11.     One or about March 15, 2016, Defendants created an unreasonably unsafe and dangerous condition in the hallway at Pepperhill Elementary School.

12.     On March 15, 2016 Plaintiff was seriously and permanently injured in the hallway at Pepperhill Elementary School as a direct and proximate result of the unreasonably unsafe and dangerous condition created by Defendants.

13. Defendants knew, or in the exercise of even the slightest care and/or diligence, should have known that the condition created in the hallway was unreasonably unsafe and dangerous.

### For A First Cause Of Action
### (Negligence/Gross Negligence/Recklessness)

14. The allegations stated in Paragraphs 1 through 13 above are repeated and realleged as if fully set forth verbatim herein.

15. Defendants owed Plaintiff a duty of reasonable care.

16. Defendants were negligent, grossly negligent, careless, reckless, willful and wanton in one or more of the following particulars:

   a. Creating, maintaining, and providing an unreasonably unsafe and dangerous condition;

   b. Exposing Plaintiff to such dangerous conditions and failing to maintain safe conditions;

   c. In failing to warn Plaintiff of the existence of the unreasonably unsafe and dangerous conditions, hazards, damages and risks pertaining to the conditions created by Defendants;

   d. In failing to properly maintain the hallway;

   e. In failing to reasonably inspect and/or to check the hallway for unreasonably unsafe and dangerous conditions;

   f. In failing to use a degree of caution and care that a reasonable person would have used under the same or similar circumstances;

   g. By otherwise acting in a careless, negligent, and reckless manner; and;

   h. In any other such further particulars as the evidence may show.

17. As a direct and proximate result of Defendants' negligence, gross negligence, carelessness, willful and wantonness, and recklessness, Plaintiff has sustained the following damages:

3

    a. Physical pain;

    b. Suffering;

    c. Emotional distress;

    d. Loss of enjoyment of life;

    e. Increased susceptibility to future injury;

    f. Past and future medical expenses;

    g. Permanent physical injury and disability;

    h. Past and future lost wages and earning capacity, and;

    i. Other injuries and damages that may be shown at trial.

18. Due to the reckless, willful, and wanton actions and/or omissions of Defendants, Plaintiff is entitled to recover actual and punitive damages in whatever amount the finder of fact determines.

WHEREFORE, Plaintiff prays for judgment against Defendants, for actual, consequential, and punitive damages, for the costs of this action, and for such other relief as this Honorable Court deems proper.

Plaintiff demands a trial by jury on all issues so triable.

YOUNG CLEMENT RIVERS, LLP

By: _____
Jason A. Daigle, Esquire
P.O. Box 993
Charleston, SC  29402
(843) 724-5436
jdaigle@ycrlaw.com
Attorneys for the Plaintiff

Charleston, South Carolina

Dated: 3-14-19

4



Amanda K. DeMato
Legal Assistant

Direct Dial: (843) 720-5418
Direct Fax: (843) 579-1345
E-mail: ademato@ycrlaw.com

March 14, 2019

**VIA HAND DELIVERY**
Honorable Julie J. Armstrong
Charleston County Clerk of Court
100 Broad Street, Suite 106
Charleston, SC  29401

      Re:    Amy Newsome v. GCA Services Group, Inc. and ABM Industry Groups, LLC
              d/b/a ABM Industries Incorporated
              YCR File:    5167-20190202

Dear Ms. Armstrong:

      Enclosed please find a Civil Action Cover Sheet and an original and two (2) copies of the Summons and Complaint in the above-referenced matter. Please file the originals and return the file-stamped copies to me.  I have also enclosed a check in the amount of $150.00 for the filing fees.

      With kindest regards, I am

                              Sincerely,

                              YOUNG CLEMENT RIVERS, LLP

                              *Amanda DeMato*
                              Amanda K. DeMato
                              Legal Assistant

AKD/akd
Enclosure(s)

㉕ CALHOUN STREET, SUITE 400, P.O. BOX 993, CHARLESTON, SC 29402 · (843) 577-4000 · www.ycrlaw.com
Charleston · Columbia

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF CHARLESTON ) | NINTH JUDICIAL CIRCUIT |
| ) | |
| AMY NEWSOME, ) | CASE NO. 2019-CP-10-01323 |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | **PROOF OF SERVICE OF GCA SERVICES GROUP, INC.** |
| ) | |
| GCA SERVICES GROUP, INC. AND ) | |
| ABM INDUSTRY GROUPS, LLC D/B/A ) | |
| ABM INDUSTRIES INCORPORATED, ) | |
| ) | |
| DEFENDANTS. ) | |

I, Amanda K. DeMato, an employee with the Law Offices of Young Clement Rivers, LLP, attorneys for the Plaintiff, do hereby certify that on March 21, 2019, I served copies of the Summons and Complaint onto GCA Services Group, Inc. by causing copies of the same to be mailed, certified mail, restricted delivery, return receipt requested, onto CT Corporation System, Registered Agent for GCA Services Group, Inc., 2 Office Park Court, Suite 103, Columbia, SC 29223, as evidenced by the attached green card.

YOUNG CLEMENT RIVERS, LLP

By: /s/ Amanda K. DeMato
Amanda K. DeMato
P.O. Box 993, Charleston, SC  29402
(843) 720-5418; ademato@ycrlaw.com

Charleston, South Carolina

Dated: March 26, 2019

2019-03-26 PM 4:20

2019-02-10-1323

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CT Corporation System
   Registered Agent for
   GCA Services Group, INC.
   2 Office Park Court, Ste 103
   Columbia, SC 29223

   9590 9402 3369 7227 3761 60

2. Article Number (Transfer from service label)

   7017 0190 0000 2910 8597

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Lisa Giller                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    3-21-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF CHARLESTON ) | NINTH JUDICIAL CIRCUIT |
| ) | |
| AMY NEWSOME, ) | CASE NO. 2019-CP-10-01323 |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | **PROOF OF SERVICE OF ABM** |
| ) | **INDUSTRIES INCORPORATED** |
| GCA SERVICES GROUP, INC. AND ) | |
| ABM INDUSTRY GROUPS, LLC D/B/A ) | |
| ABM INDUSTRIES INCORPORATED, ) | |
| ) | |
| DEFENDANTS. ) | |

I, Amanda K. DeMato, an employee with the Law Offices of Young Clement Rivers, LLP, attorneys for the Plaintiff, do hereby certify that on March 21, 2019, I served copies of the Summons and Complaint onto ABM Industries Incorporated by causing copies of the same to be mailed, certified mail, restricted delivery, return receipt requested, onto CT Corporation System, Registered Agent for ABM Industries Incorporated, 2 Office Park Court, Suite 103, Columbia, SC 29223, as evidenced by the attached green card.

YOUNG CLEMENT RIVERS, LLP

By: *Amanda K. DeMato*
Amanda K. DeMato
P.O. Box 993, Charleston, SC  29402
(843) 720-5418; ademato@ycrlaw.com

Charleston, South Carolina

Dated: March 26, 2019

2019 MAR 26 PM 4:21

2019-CP-10-1323

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3-21-19 |
| 1. Article Addressed to:<br>CT Corporation System<br>Registered Agent for<br>ABM Industries Incorporated<br>2 Office Park Court, Suite 103<br>Columbia, SC 29223 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3369 7227 3761 84 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 0190 0000 2910 8610 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF CHARLESTON | ) | NINTH JUDICIAL CIRCUIT |
| | ) | |
| AMY NEWSOME, | ) | CASE NO. 2019-CP-10-01323 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **PROOF OF SERVICE OF ABM** |
| vs. | ) | **INDUSTRY GROUPS, LLC D/B/A ABM** |
| | ) | **INDUSTRIES INCORPORATED** |
| GCA SERVICES GROUP, INC. AND | ) | |
| ABM INDUSTRY GROUPS, LLC D/B/A | ) | |
| ABM INDUSTRIES INCORPORATED, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

I, Amanda K. DeMato, an employee with the Law Offices of Young Clement Rivers, LLP, attorneys for the Plaintiff, do hereby certify that on March 21, 2019, I served copies of the Summons and Complaint onto ABM Industry Groups, LLC d/b/a ABM Industries Incorporated by causing copies of the same to be mailed, certified mail, restricted delivery, return receipt requested, onto CT Corporation System, Registered Agent for ABM Industry Groups, LLC d/b/a ABM Industries Incorporated, 2 Office Park Court, Suite 103, Columbia, SC 29223, as evidenced by the attached green card.

YOUNG CLEMENT RIVERS, LLP

By: *Amanda K. DeMato*
Amanda K. DeMato
P.O. Box 993, Charleston, SC 29402
(843) 720-5418; ademato@ycrlaw.com

Charleston, South Carolina

Dated: March 26, 2019

2019 MAR 26 PM 4:21

2019-CP-10-1323

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X -Lisa Cutler    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3-21-19 |
| 1. Article Addressed to:<br>CT Corporation System<br>Registered Agent for ABM Industry<br>Groups, LLC d/b/a ABM Industries Inc.<br>2 Office Park Court, Suite 103<br>Columbia, SC 29223 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3369 7227 3761 77 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 0190 0000 2910 8603 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



Amanda K. DeMato
Legal Assistant

Direct Dial: (843) 720-5418
Direct Fax: (843) 579-1345
E-mail: ademato@ycrlaw.com

March 26, 2019

**HAND DELIVERY**
Honorable Julie J. Armstrong
Charleston County Clerk of Court
100 Broad Street, Suite 106
Charleston, SC  29401

    Re:    Amy Newsome v. GCA Services Group, Inc. and ABM Industry Groups, LLC d/b/a ABM Industries Incorporated
           Case No.:    2019-CP-10-01323
           YCR File:    5167-20190202

Dear Ms. Armstrong:

Enclosed please find an original and one (1) copy of the Proof of Service of GCA Services Group, Inc.; the Proof of Service of ABM Industry Groups, LLC d/b/a ABM Industries Incorporated; and the Proof of Service of ABM Industries Incorporated in the above-referenced matter. Please file the originals and return the file-stamped copies to me.

If you have any questions please do not hesitate to contact me.

With kindest regards, I am

                              Sincerely,

                              YOUNG CLEMENT RIVERS, LLP

                              *Amanda K. DeMato*
                              Amanda K. DeMato
                              Legal Assistant

AKD/akd
Enclosure(s)